**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2026-CR-00007** |
| v. | **INDICTMENT** |
| **RAMON GANTIER, JR.,** Defendant. | |

**The Grand Jury charges:**

**COUNT ONE**
(Stealing of Government Money)

On or about March 17, 2025, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

willfully and knowingly stole and converted to his own use or the use of another, money of the United States Postal Service in the amount of $34,535, that is, bank deposits from the Kingshill Post Office,

in violation of Title 18, United States Code, Section 641.

**COUNT TWO**
**(Theft of Property Used by Postal Service)**

On or about March 17, 2025, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

stole and purloined property used by the United States Postal Service, specifically, he did steal and purloin more than $1,000 in United States currency from the United States Postal Office located at Kingshill,

in violation of Title 18 United States Code, Section 1707.

**COUNT THREE**
**(Possession of Stolen Mail)**

On or about March 17, 2025, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

knowingly and willfully concealed, and unlawfully had in his possession, mail and an article contained therein which had been stolen, taken, embezzled and abstracted from the Kingshill Post Office, which was an authorized depository for mail matter, knowing the said mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

in violation of Title 18, United States Code, Section 1708.

**COUNT FOUR**
(Stealing of Government Money)

On or about December 4, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

willfully and knowingly stole and converted to his own use or the use of another, money of the United States Postal Service in the amount of $15,825 that is, bank deposits from the Gallows Bay Station Post Office,

in violation of Title 18, United States Code, Section 641.

**COUNT FIVE**
(Theft of Property Used by Postal Service)

On or about December 4, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

stole and purloined property used by the United States Postal Service, specifically, he did steal and purloin more than $1,000 in United States currency from the United States Postal Office located at Gallows Bay Station Post Office,

in violation of Title 18 United States Code, Section 1707.

**COUNT SIX**
(Possession of Stolen Mail)

On or about December 4, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

knowingly and willfully concealed, and unlawfully had in his possession, mail and an article contained therein which had been stolen, taken, embezzled and abstracted from the Gallows Bay Station Post Office, which was an authorized depository for mail matter, knowing the said mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

in violation of Title 18, United States Code, Section 1708.

**COUNT SEVEN**
(Stealing of Government Money)

On or about November 8, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

willfully and knowingly stole and converted to his own use or the use of another, money of the United States Postal Service in the amount of $12, 864.46 that is, bank deposits from the Frederiksted Post Office,

in violation of Title 18, United States Code, Section 641.

**COUNT EIGHT**
(Theft of Property Used by Postal Service)

On or about November 8, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

stole and purloined property used by the United States Postal Service, specifically, he did steal and purloin more than $1,000 in United States currency from the United States Postal Office located at Frederiksted,

in violation of Title 18 United States Code, Section 1707.

**COUNT NINE**
(Possession of Stolen Mail)

On or about November 8, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

knowingly and willfully concealed, and unlawfully had in his possession, mail and an article contained therein which had been stolen, taken, embezzled and abstracted from the Frederiksted Post Office, which was an authorized depository for mail matter, knowing the said mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

in violation of Title 18, United States Code, Section 1708.

**COUNT TEN**
(Stealing of Government Money)

On or about October 24, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

willfully and knowingly embezzled, stole and converted to his own use or the use of another, money of the United States Postal Service in the amount of $10,055.00, that is bank deposits from the Sunny Isles Station Post Office,

in violation of Title 18, United States Code, Section 641

**COUNT ELEVEN**
(Theft of Property Used by Postal Service)

On or about October 24, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

stole and purloined property used by the United States Postal Service, specifically, he did steal and purloin more than $1,000 in United States currency from the United States Postal Office located at Sunny Isles Station,

in violation of Title 18 United States Code, Section 1707.

**COUNT TWELVE**
(Possession of Stolen Mail)

On or about October 24, 2024, at St. Croix, in the District of the Virgin Islands, the defendant,

**RAMON GANTIER, JR.,**

knowingly and willfully concealed, and unlawfully had in his possession, mail or an article contained therein which had been stolen, taken, embezzled and abstracted from the Sunny Isles Station Post Office, which was an authorized depository for mail matter, knowing the said mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter,

in violation of Title 18, United States Code, Section 1708.

Dated: October 27, 2026

ADAM F. SLEEPER
UNITED STATES ATTORNEY

Kyle Payne
Criminal Chief

By:______________________
Rhonda Williams-Henry
Assistant U.S. Attorney
1108 King St. Ste. 201
Christiansted, VI 00820
Rhonda.Williams-Henry@usdoj.gov

DISTRICT COURT OF THE VIRGIN ISLANDS: Returned into the District Court on this, the 27th day of October 2026, by Grand Jurors and filed.

______________________
~~EMILE HENDERSON III~~ G. ALAN TEAGUE
United States Magistrate Judge